IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID RUSSELL POSEY,

     Appellant,

v.

SHERIFF LARRY ASHLEY,
OKALOOSA COUNTY,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1377

Opinion filed January 8, 2015.

An appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

David Russell Posey, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.